IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 15-40031-SMY |
| v. | ) |
| | ) Title 18, United States Code, Section |
| BRUCE L. JOHNSON, | ) 1341 |
| | ) |
| Defendant. | ) |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION TO SCHEME TO DEFRAUD
WAYNE-WHITE COUNTIES ELECTRIC COOPERATIVE

FILED
APR 0 3 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

At all relevant times herein:

1. Wayne-White Counties Electric Cooperative ("WWCEC") was a not-for-profit electric cooperative which provided electrical distribution services to its member-clients in an eleven county area of southeastern Illinois. Its primary distribution areas were Wayne, White, and Hamilton Counties and its company headquarters was located in Fairfield, Illinois.

2. BRUCE L. JOHNSON was employed by WWCEC on January 3, 2006, as its Manager of Financial and Office Services and his office was located within the cooperative's headquarters. JOHNSON's job duties included providing accounting services to WWCEC and supervising WWCEC's accounts payable department. By virtue of his position, JOHNSON was authorized to sign checks drawn on WWCEC's accounts payable bank account located at Peoples National Bank in Fairfield, Illinois, for the purpose of paying WWCEC's bills and expenses. JOHNSON also resided in Wayne County.

3. Each check issued on WWCEC's accounts payable bank account required two (2) authorized signatures. In addition to JOHNSON, Daryl Donjon, WWCEC's President

and Chief Executive Officer, and Lisa Vaughn (née Arview), WWECE's Human Resource Manager, were also authorized to sign WWCEC checks.

4. JOHNSON maintained multiple personal credit cards, including, but not limited to:

A. A Walmart Discover Card, issued by G.E. Capital Retail Bank ("GECRB"), bearing account number XXXX-XXXX-XXXX-4379. Mailed payments on this account were sent by JOHNSON to WALMART DISCOVER/GECRB, P.O. Box 960024, Orlando, FL 32896-0024.

B. A Discover More Card, issued by Discover Financial Services, LLC, bearing account number XXXX-XXXX-XXXX-7553. Mailed payments on this account were sent by JOHNSON to DISCOVER, P.O. Box 6103, Carol Stream, IL 60197-6103.

5. From 2007 through July 2013, BRUCE L. JOHNSON devised and implemented a scheme to defraud WWCEC by obtaining funds, through false and fraudulent pretenses, belonging to WWCEC and converting those funds to his own personal uses. Through his position as WWCEC's Manager of Financial and Office Services, JOHNSON on numerous occasions prepared, or caused to be prepared, checks drawn on WWCEC's bank account which were made payable to JOHNSON's personal creditors or others for personal debts he previously incurred, for personal expenses including, but not limited to, his personal property taxes, and for acquiring goods and services for his own personal benefit. As an authorized signer of WWCEC's checks, JOHNSON signed those checks and, on some occasions, then presented them to Daryl Donjon or Lisa Vaughn (née Arview) for their required second signature, falsely representing that said checks were for authorized

2

WWCEC expenses. On other occasions, JOHNSON simply forged Lisa Vaughn's (née Arview) signature on the check. JOHNSON then distributed those checks to his creditors or other personal payees, often by placing them in the United States mail for delivery. Thereafter, JOHNSON concealed his actions from WWCEC and its Board of Directors by various means including, but not limited to, removing portions of WWCEC's bank statements relating to the fraudulently obtained and issued checks from its files and by providing the Board of Directors with altered, incomplete, or false financial reports.

6. A scheme to defraud, as used in this indictment, means a scheme that is intended to deceive or cheat another and to obtain money or property, or cause the loss of money or property, to another.

## COUNT 1
### MAILING IN FURTHERANCE OF SCHEME TO DEFRAUD WWCEC

1. The allegations set forth in introductory paragraphs one through six are incorporated herein by reference.

2. On or about July 20, 2012, in Wayne County within the Southern District of Illinois, and elsewhere,

**BRUCE L. JOHNSON,**

defendant herein, for purposes of executing, and attempting to execute the above-described scheme and artifice to defraud and deprive, knowingly placed or caused to be placed in the United States mail a fraudulently obtained and issued check (# 19394) drawn on WWCEC's bank account, bearing the forged signature of Lisa Vaughn (née Arview), made payable to Discover in the amount of $3,411.88 as payment on defendant's personal Discover More Card credit card account (XXXX-XXXX-XXXX-7553) for defendant's personal debts and expenses, to be delivered by the United States Postal Service to DISCOVER, P.O. Box 6103,

3

Carol Stream, IL 60197-6103.

All in violation of Title 18, United States Code, Section 1341.

## COUNT 2
### MAILING IN FURTHERANCE OF SCHEME TO DEFRAUD WWCEC

1. The allegations set forth in introductory paragraphs one through six are incorporated herein by reference.

2. On or about March 20, 2013, in Wayne County within the Southern District of Illinois, and elsewhere,

**BRUCE L. JOHNSON,**

defendant herein, for purposes of executing, and attempting to execute the above-described scheme and artifice to defraud and deprive, knowingly placed or caused to be placed in the United States mail a fraudulently obtained and issued check (# 21791) drawn on WWCEC's bank account, bearing the forged signature of Lisa Vaughn (née Arview), made payable to Walmart Discover/GECRB in the amount of $4,186.11 as payment on defendant's personal Walmart Discover Card credit card account (XXXX-XXXX-XXXX-4379) for defendant's personal debts and expenses, to be delivered by the United States Postal Service to WALMART DISCOVER/GECRB, P.O. Box 960024, Orlando, FL 32896-0024.

All in violation of Title 18, United States Code, Section 1341.

## INTRODUCTION TO SCHEME TO DEFRAUD
## WAYNE CITY FIRST CHRISTIAN CHURCH

At all relevant times herein:

1. First Christian Church ("FCC") was a not-for-profit religious organization located in Wayne City, Illinois.

2. From 2003 through July 2013, BRUCE L. JOHNSON served as FCC's volunteer treasurer/bookkeeper. JOHNSON's duties included preparing monthly financial statements, tracking account balances and expenditures, and paying FCC's bills and expenses by drawing and signing checks on FCC's bank account located at Fairfield National Bank, Bean Capital Banking Center ("FNB/BCBC") in Wayne City, Illinois. FCC's bank statements were mailed by FNB/BCBC to JOHNSON's residence in Wayne County.

3. Checks issued on FCC's account required only one signature and, as treasurer, JOHNSON was the only individual to sign checks of on behalf of FCC.

4. JOHNSON maintained multiple personal credit cards, including, but not limited to:

    A. A Walmart Discover Card, issued by G.E. Capital Retail Bank ("GECRB"), bearing account number XXXX-XXXX-XXXX-4379. Mailed payments on this account were sent by JOHNSON to WALMART DISCOVER/GECRB, P.O. Box 960024, Orlando, FL 32896-0024.

    B. A Discover More Card, issued by Discover Financial Services, LLC, bearing account number XXXX-XXXX-XXXX-7553. Mailed payments on this account were sent by JOHNSON to DISCOVER, P.O. Box 6103, Carol Stream, IL 60197-6103.

6. From at least 2007 through July 2013, BRUCE L. JOHNSON devised and implemented a scheme to defraud FCC by obtaining funds, through false and fraudulent pretenses, belonging to FCC and converting those funds to his own personal uses. Through his position as FCC's treasurer, JOHNSON on numerous occasions prepared and signed checks drawn on FCC's account which were made payable to JOHNSON's personal creditors or others for personal debts he previously incurred, for personal expenses, and for acquiring goods and services for his own personal benefit. JOHNSON then distributed those checks to his creditors or other personal payees, often by placing them in the United States mail for delivery. Thereafter, JOHNSON concealed his actions from FCC, its Board, and its membership by various means including, but not limited to, providing the Board with altered, false, or incomplete financial reports that often contained deleted or "whited-out" entries regarding the fraudulent checks or false statements regarding the purpose for which the check was issued.

6. A scheme to defraud, as used in this indictment, means a scheme that is intended to deceive or cheat another and to obtain money or property, or cause the loss of money or property, to another.

### COUNT 3
### MAILING IN FURTHERANCE OF SCHEME TO DEFRAUD FCC

1. The allegations set forth in introductory paragraphs one through six are incorporated herein by reference.

2. On or about July 20, 2012, in Wayne County within the Southern District of Illinois, and elsewhere,

**BRUCE L. JOHNSON,**

defendant herein, for purposes of executing, and attempting to execute the above-described

scheme and artifice to defraud and deprive, knowingly placed or caused to be placed in the United States mail a fraudulently obtained and issued check (# 5908) drawn on FCC's bank account made payable to Discover in the amount of $1200.00 as payment on defendant's personal Discover More Card credit card account (XXXX-XXXX-XXXX-7553) for defendant's personal debts and expenses, to be delivered by the United States Postal Service to DISCOVER, P.O. Box 6103, Carol Stream, IL 60197-6103.

All in violation of Title 18, United States Code, Section 1341.

### COUNT 4
### MAILING IN FURTHERANCE OF SCHEME TO DEFRAUD FCC

1. The allegations set forth in introductory paragraphs one through six are incorporated herein by reference.

2. On or about January 31, 2013, in Wayne County within the Southern District of Illinois, and elsewhere,

**BRUCE L. JOHNSON,**

defendant herein, for purposes of executing, and attempting to execute the above-described scheme and artifice to defraud and deprive, knowingly placed or caused to be placed in the United States mail a fraudulently obtained and issued check (# 6183) drawn on FCC's bank account made payable to Discover in the amount of $1200.00 as payment on defendant's personal Discover More Card credit card account (XXXX-XXXX-XXXX-7553) for defendant's personal debts and expenses, to be delivered by the United States Postal Service to DISCOVER, P.O. Box 6103, Carol Stream, IL 60197-6103.

All in violation of Title 18, United States Code, Section 1341.

THE UNITED STATES OF AMERICA

_____
STEPHEN R. WIGGINTON
United States Attorney

_____
JAMES M. CUTCHIN
Assistant United States Attorney